FILED
CHARLOTTE, NC
SEP 20 2016
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

"UNDER SEAL"

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:16CR225 |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| JAHNOY DAVIS | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney, Western District of North Carolina, it is hereby ORDERED, ADJUDGED and DECREED that the above referenced Bill of Indictment, Warrant and Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE